DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ALEX P. WITHERBEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1158

————————————————

November 7, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Alex P. Witherbee, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.